UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Darryl Allmond,

    Plaintiff,

vs.                                                  Case No.  3:06-cv-789-J-25MCR

City of Jacksonville; J.V. Lee; B.C. Ellis; E.S.
Crance; Michael Pavese; and John and Jane
Does; individual and official capacity,

    Defendants.
_____/

## **O R D E R**

**THIS CAUSE** is before the Court on Plaintiff's Objections to Defendant's Subpoenas Duces Tecum (Docs. 47 and 50) filed March 29, 2007 and April 6, 2007. These objections ask the Court for a protective order to prevent discovery (Doc. 47) as well as an Order striking the subpoenas (Doc. 50).  Accordingly, the Court will treat these objections as motions for a protective order and to quash subpoenas.

After reviewing the documents, the Court notes that Plaintiff has again failed to comply with Local Rule 3.01(g).  On October 12, 2006, the Court entered an Order informing Plaintiff of some of the rules of this Court.  (Doc. 11).  In that Order, the Court specifically informed Plaintiff that Local Rule 3.01 "sets forth several [] important requirements and rules governing motions filed with the Court.  The failure to comply with these requirements or any other rule may result in the denial of the motion."  (Doc. 11, p.4).  Further, on April 2, 2007, the Court entered an Order denying Plaintiff's Motion

to Compel. (Doc. 44). In that Order, the Court again pointed out to Plaintiff that he was required to comply with the Local Rules of this Court and specifically, with Local Rule 3.01(g). (Doc. 44, p.3). The Order cautioned Plaintiff that all futures motions should comply with the Local Rules of this Court as well as the Federal Rules of Civil Procedure and "[f]ailure to do so will result in the motion being denied or stricken." Id. As the instant motions do not contain certificates indicating Plaintiff conferred with opposing counsel as required by Local Rule 3.01(g), they will be denied without prejudice. Plaintiff is directed to confer with opposing counsel in an attempt to reach a mutually agreeable resolution to the issues presented in the motions. If, after such a conference with opposing counsel, the parties are not able to agree, Plaintiff is free to file a new motion with an appropriate Rule 3.01(g) certificate.

Accordingly, after due consideration, it is

**ORDERED**:

Plaintiff's Objections to Defendant's Subpoenas Duces Tecum (Docs. 47 and 50), which the Court construes as a Motion for Protective Order and Motion to Quash Subpoena are **DENIED** without prejudice.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  9th  day of April, 2007.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
Any Unrepresented Party